

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 13, 2015

No. 04-14-00787-CR

Matthew O. **ARANDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2070
Honorable Pat Priest, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on January 6, 2015. *See* TEX. R. APP. P. 35.1. On January 13, 2015, this court granted court reporter Kay Gittinger's request for a thirty-day extension of time to file the record until February 5, 2015.

On February 9, 2015, the court reporter filed a second request for a thirty-day extension of time to file the reporter's record until March 9, 2015. The request is GRANTED. The reporter's record must be filed with this court **not later than March 9, 2015**. *See id.* R. 35.3(c).

If the reporter's record is not filed with this court by March 9, 2015, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2015.



_____
Keith E. Hottle
Clerk of Court